THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE FENG, | CASE NO. C20-1779-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZONAR SYSTEMS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on telephonic notice by counsel for Defendant that the parties have settled this lawsuit. Within 30 days of the date of this order, the parties must file a stipulated dismissal or a joint status report. The Clerk is DIRECTED to statistically close this case pending the parties' completion of the settlement.

DATED this 29th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1779-JCC
PAGE - 1